Gina Marea **PHILLIPS**,
Plaintiff–Appellee,

v.

James **BROWNE**, Defendant–Appellant,

John Mark Tirey, et al., Defendants.

No. 16-11573
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 10/19/2016

Charles C. Tatum, Jr., Charles C. Tatum, Jr. PC, Jasper, AL, for Plaintiff–Appellee

Fred Lee Clements, Jr., James Randall McNeill, Webb & Eley, PC, Montgomery, AL, for Defendant–Appellant

Before TJOFLAT, HULL, and MARCUS, Circuit Judges.

PER CURIAM:

Jim Browne, a law enforcement officer, appeals the District Court's March 9, 2016, order denying his motion for summary judgment—based on the defense of qualified immunity—on Gina Marea Phillips's claims of excessive force and unlawful seizure brought under 42 U.S.C. § 1983. Doc. 33. After reading the parties' briefs and the record before the District Court, we find no basis for disturbing the Court's order.

**AFFIRMED.**